FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 12 2016 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
GILBERT BLAS et al.,

    Plaintiffs,

    – against –

NBTY, INC. et al.,

    Defendants.
----------------------------------X

ORDER
14-CV-948 (JFB)(SIL)

JOSEPH F. BIANCO, District Judge:

The parties have submitted to the Court for approval a Settlement Agreement, which has been executed by both sides, resolving the instant litigation. It is well settled that judicially supervised settlements are an exception to the rule that employees cannot waive claims under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq.*, for unpaid wages and overtime. *See, e.g., Sampaio v. Boulder Rock Creek Developers, Inc.*, No. CV-07-153 (ETB), 2007 WL 520930, at *1 (E.D.N.Y. Sept. 6, 2007) (collecting cases).

Having carefully reviewed the Settlement Agreement, the Court finds that it is fair and reasonable under all of the circumstances and, thus, is judicially approved.

                                      SO ORDERED.

                                      JOSEPH F. BIANCO
                                      UNITED STATES DISTRICT JUDGE

Dated:     April 12, 2016
             Central Islip, NY